**FILED**
SEP 16 2019 ᴛɴ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT
Chicago, Ill *
#19-00567-1
#19-00569-1 USA: vs

"CRIME * VICTIM":          "R. Kelly"
R Wayne Johnson;     To Judge SHELIA
* VS *                          FINNEGAN
STEVEN GREENBERG;
Angel KRULL (US. Aty)    *(2) EXHIBITS
(Dees: U.S. CLERKS (4);

* MOTIONs To Intervene: CRIMINAL Complaint: Victim PROTECTION ORDER *

Judge FINNEGAN: Rule 24 Intervene (18 USC-3663A (MANDATORY Victim Restitution Act: LAGOS 864 F 3D 320 (5TH CIR):

1) 1974 PRIVACY Act: 5 U.S.C. 552(i)—(1): "CRIMINAL PENALTIES":

FACTS: POSTMARKED FROM THIS COURT

*(1)*

8-14-2019: Clerk sent me documents related to this case: (2-Exhibits

2); Brown envelope opened w/ void Rule BP.03.91 - To commit mail crimes (attached): See 39 USC- 101 - Postal Policy: 18 USC-1729 - Collins; 584 U.S. ___ (2018) "Acts of Congress trumps state laws - pursuant to Supremacy Clause"

3) U.S.D. Just. - All federal judges: Enforce/prosecute fed. crimes: 28 USC 547 ("shall prosecute all offenses against U.S."

A) As with "R. Kelly's" indictments! He's in Jail: C.F.R.'s are used by jail officials to open - read his mail as with BP.03.91 (Tx-Rules):

4) U.S. Atty's (not this court) or - U.S. clerks: Are reporting jail

(2)

MAIL CRIMES; W/ VOID "GT.R.S."

5) CRIMES: "TO CONCEAL" ANY felony, NOT report them;" 18 USC-4 MISPRISON FELONY: "Aware of felony - conceals it; not report to ANY Judge - ASAP - 3YRS PRISON." (ALL ARE GUILTY - AS charged - ; R.Ruiz; CLERKS; ATTY GREENBERG -; Grochman; LEONARD; ALSO: "AID-ABET: 18 USC-2(b); JAILS MAIL CRIMES ATTACHED!

6) NO ARRESTS; NOONE NOTIFIED THE FBI Investigates; 28 U.S.C. 533 - 28 USC 544 U.S. MARSHALLS; COURT INCLUDED!

7) SAME "illegal" SCENARIO "IN TX! W/ VOID Rule BR.03.91! THUS - Jail staff being PAID TO COMMIT - federal crimes; 18 USC - 371 CONSP-
(3)  iency DEFRAUD

U.S." 18USC 371 Conspiracy To violate Civil Rhts" of "R. Kelly" AND this Victim of SAME (TX)!

8): Johnson now files His charges To Court: See Armstrong 517 U.S. 456 Art2, Sect2 U.S. Const.; district ct's AT KRULL, - Greenberg, - Clerks - ALL John/Jane Does at Chicago Jail where "R. Kelly" is confined W/O Bond: 18 USC - 3142 ALL Courts order

B) 18 USC - 4 - 18 USC - 371, - 18 USC - 242, - 18 USC 2(b); obstr: justice 18 USC - 1512(c); (Selective Prosecution) of "R. Kelly":

9) Not in capacity as Judge" When committing crimes on Air "R. Kelly": Biased!

(4)

10) FOIA 5US C 552: Judge order clerks to provide me a copy of:

A) "R. Kelly's" indictments!
B) 2002 porno indictments also!
C) Have clerk provide "R. Kelly w/ copy of this so to know his rights - everyone;(Judge also); against Him! His Atty's Also!

(ORDER BP03.91 - VOID)

11) Order 03.91 - VOID and jails mail rules "C.F.R.'s" VOID ALSO (Halt mail crimes on me "R. Kelly" Also!

12) Order clerks pay restitution

(5)

18USC 3663A) His crimes: N/B $63.91
$5,000.00):

## Relief

1) COPY ALL Kelly's indictments
2) order 03.91-VOID; issue Victim Protection 18USC 3663(b)-(1); me AND "R. Kelly";
3) Address crimes By clerks 28USC 533 (FBI) notified; -

I declare all true 28USC 1746

R.Wayne Felman
9601 SPUR-591
Amarillo, Tx 79107

* *SEPARATION OF POWERS* *

Acts of Congress: "Nullified" by
-Executive: "Rules" (Jails & Prisons)
(Mail Crimes) *

1) 18 USC-12 Defines: U.S.P. Serv. "As in Title 39 USC-201"; 39 U.S.C.-101-"Postal Policy"; U.S.P. Serv. shall be operated by U.S. government - created by Acts of Congress" (39 U.S.C.-102(1) U.S.P. Serv. means U.S.P. Serv. Established by 39 USC-201);

2) "McNeil; 508 U.S. 106-11"; "Statutory Text - Perceived "Judicial Re-write" ("Not Deviate from) Statutory Text"; Dir-Rage; 511 U.S. 204 (Sep. Powers);

3) Collins; 584 U.S.___ (S-2018); "Acts of Congress (Trumps); State laws pursuant to Supremacy Clause; Article 6, Clause 2 - U.S. Constitution" (S.Ct. 1005 at 2238 - "State Laws yield to Acts of Congress")

* * *

\* Mail Crimes \*

4) 18 USC-1729 "Operate P.OFF. W/O AUT-Hority"; (18 USC-912 - Impersonate U.S. Emp-loyee) 18 USC-1708 - "Receipt of any lett-er, - postcard, package from U.S. P.OFF. or letter carrier."

A): Hughey, 110 S. Ct. 1979 (W. Dist. (A): L3-etseq; MAIL THEFT; 18 USC 1729 - $147,000.00 Restitution; Phillips, 477 F.3d 215 - (5TH) (W. Dist. (Austin): $170,000.00 Restitution; MAN-DATORY Victim Rest. Act; 18 U.S.C. 3663A)...

B) 18 USC - 4, misprision of felony; "AWARE of any felony, - concealed, - not notify - ASAP, 3 yrs." prison!"

C) 99 TX. LAW. REV: 1321-34; SEP OF POW-ERS; (FBI: 102 S.ct 2054-73 - (" Judges - Not Re-write Acts of Congress")!

5) 5TH CIR; #17-30298 (12 - LAWS CONVICTED - SENTENCED; 18 USC-242'.) * LAGES; 864 F. 3D 320 (5TH); "DENIED" Vict. Rest; Act; 18 USC - 3663

R. Wayne Johnson

(2)

United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**

.

(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Abigail Lynn Peluso**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
312 353 5300
Email: abigail.peluso@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeannice Williams Appenteng**
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn Street
Fifth Floor
Chicago, IL 60604
312-353-5357
Email: jeannice.appenteng@usdoj.gov
*ATTORNEY TO BE NOTICED*

FOIA 5 USC 552a (ACLU) Sct. 3.0

927(B) - upon request make promp-
tley Available to my ANY person - ANY
Record."

1) R. Kelly's indictment (copy) -
2) U.S. Aty's Address from Record
ALSO
Raquel Johnson
C. FILE

282756

R Wayne Johnson
9601 Spur 591 - Clements
Unit (H.M.A. Rico), TX
79107-9606

U.S. DISTRICT COURT
219 S. DEARBORN ST
Chicago, Ill
60604

ED OFFENDER MAIL
SPECTED BY TEXAS
RTMENT OF CRIMINAL
TICE - CORRECTIONAL
INSTITUTIONS DIVISION